UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE MASSEY,<br><br>                    Plaintiff,<br><br>        -against-<br><br>JEAN GRANDOIT; CITY OF NEW YORK,<br><br>                    Defendants. | 20-CV-8690 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

      By order dated December 4, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses Plaintiff's federal claims under 28 U.S.C. § 1915(e)(2)(B)(ii) and declines under 28 U.S.C. § 1367(c) to exercise supplemental jurisdiction over related state law claims.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 9, 2021
           New York, New York

                                                                             Louis L. Stanton
                                                                                   U.S.D.J.