UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE MASSEY,<br><br>                          Plaintiff,<br><br>           -against-<br><br>JEAN GRANDOIT; CITY OF NEW YORK,<br><br>                          Defendants. | 20-CV-8690 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued February 9, 2021, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's federal claims are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) and the Court declines under 28 U.S.C. § 1367(c) to exercise supplemental jurisdiction over related state law claims.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

   SO ORDERED.

Dated:   February 9, 2021
         New York, New York

                                         _____
                                              Louis L. Stanton
                                                 U.S.D.J.